UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA　　　　　　　　CASE NO. 3:16-mj-0029 CMK

　　　　　　vs.　　　　　　　　　　　　　　　　AMENDED ORDERED TO PAY

　　JESSE B. MADSON

The Defendant having entered a no contest plea to Count 1, violating 38 CFR 1.218(b)(4), willful destruction or damage or removal of government property without authorization, is placed on three years summary court probation. Counts 2 through 6 are dismissed.  As a special term and condition of probation, defendant is prohibited from entering Veteran's Administration property and

ORDERED TO PAY THE FOLLOWING:

(X )　　RESTITUTION OF $140.00 within thirty days to the Clerk's Office, U.S. District Court, 501 I Street, Sacramento, CA 95814, who will forward the payment to the U.S. Department of Veterans Affairs, Fiscal Services, Attn: Ivonne Bradford, 201 Walnut Ave., Mare Island, CA 94592.

(X )　　FINE OF $200 within thirty days to the Clerk's Office, U.S. District Court, 501 I Street, Sacramento, CA 95814.

DATED: January 11, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE